# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128643

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAITHUM J. KAFANDEN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128643
COA: 257605
Oakland CC: 90-101189-FC

On order of the Court, the application for leave to appeal the April 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219